Michael ANTHONY, Petitioner—
Appellant,

v.

Joe MCGRATH, Warden, Respondent—
Appellee.

No. 02–16018.

D.C. No. CV–97–02232–MJJ.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2003.*

Decided June 24, 2003.

Before T.G. NELSON, HAWKINS,
Circuit Judges, and ZILLY,** District
Judge.

ORDER ***

The judgment of the district court is
AFFIRMED for the reasons set forth in
the well-reasoned order of the district
court filed on March 27, 2002.

IT IS SO ORDERED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

\*\* The Honorable Thomas S. Zilly, United States District Judge for the Western District of Washington, sitting by designation.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

